Argued December 11, 1969, affirmed January 14, 1970

## COOS HEAD TIMBER COMPANY, *Respondent, v.* STATE TAX COMMISSION, *Appellant.*

463 P. 2d 569

(No. 338)

*Theodore W. de Looze,* Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Robert Y. Thornton, Attorney General, and G. F. Bartz, Assistant Attorney General, Salem.

*Joseph McKeown,* Coos Bay, argued the cause for respondent. On the brief were McKeown, Newhouse & Johansen, Coos Bay.

Before PERRY, Chief Justice, and McALLISTER, SLOAN, O'CONNELL, DENECKE and HOLMAN, Justices.

PER CURIAM.

This is an appeal by the State Tax Commission from a decision of the Oregon Tax Court reported 3 OTR 201.

The law of this case is governed by our opinion in *Coos Head Timber Company v. State Tax Commission,* 3 OTR 143 decided this day, 255 Or 1, 463 P2d 569.

The facts are set forth in the opinion of the Tax Court which opinion is adopted as our own.

The judgment of the Oregon Tax Court is affirmed.